JOSEPH J. PARISI, ET AL. v. NORTH BERGEN MUNICIPAL
PORT AUTHORITY, ET AL.

ELIZABETH MEYERS v. NORTH BERGEN MUNICIPAL
PORT AUTHORITY, ET AL.

February 25, 1986.

Petition for certification granted. (See 206 *N.J.Super.* 499)

JOSEPH J. PARISI, ET AL. v. ROC HARBOUR CORPORATION.

ELIZABETH MEYERS v. ROC HARBOUR CORPORATION.

February 25, 1986.

Petition for certification granted. (See 206 *N.J.Super.* 499)

LISA MATUSZ, ETC., ET AL. v. CITY OF LINDEN BOARD
OF EDUCATION, ET AL.

February 25, 1986.

Petition for certification denied.